DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GUSTAVO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. F 04-5165 OWW |
| | ) | |
| Plaintiff, | ) | **ORDER REDUCING SENTENCE PURSUANT** |
| | ) | **TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) | |
| | ) | **RETROACTIVE CRACK COCAINE** |
| GUSTAVO REYES, | ) | **REDUCTION CASE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on March 28, 2008.

On April 1, 2005, this Court sentenced Mr. Reyes to a term of imprisonment of 78 months. The parties agree, and the Court finds, that Mr. Reyes is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 26 to 24.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 63 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

1    Unless otherwise ordered, Mr. Reyes shall report to the United

2  States Probation office closest to the release destination within

3  seventy-two hours after his release.

4  Dated: April 1, 2008              /s/ OLIVER W. WANGER

5                                    _____

6                                    HONORABLE OLIVER W. WANGER
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REDUCING SENTENCE