# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GUSTAVO REYES ) | Case No: 1:04-CR-05165-001 |
| ) | USM No: 61776-097 |
| Date of Previous Judgment: 4/4/2005 ) | DAVID PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  78  months **is reduced to**  63  months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  26           Amended Offense Level:  24
Criminal History Category:  III        Criminal History Category:  III
Previous Guideline Range:  78  to  97  months    Amended Guideline Range:  63  to  78  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  4/4/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/18/2008                              /s/ OLIVER W. WANGER
                                                      Judge's signature

Effective Date:                                    OLIVER W. WANGER, US DISTRICT JUDGE
        (if different from order date)                  Printed name and title